**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ronald Grant CHAMPNEY, Petitioner**

No. 360 MAL 2017

Supreme Court of Pennsylvania.

October 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

## ORDER

PER CURIAM

**AND NOW,** this 30th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**F.A. PROPERTIES CORPORATION,**
**Petitioner**

v.

**CITY OF PHILADELPHIA, Philadelphia Housing Authority and Philadelphia Redevelopment Authority, Respondents**

No. 247 EAL 2017

Supreme Court of Pennsylvania.

October 30, 2017

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Oscar Terreto CARTY, Petitioner**

No. 385 MAL 2017

Supreme Court of Pennsylvania.

October 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**